UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs- Case No. 6:10-cr-327-Orl-31KRS

THOMAS J. WILLIAMS

### Sentencing Memorandum

This matter came before the Court for sentencing on __4/7/11__, ~~2010~~. The United States was represented by AUSA __Carlos Perez__. Defendant was present with his counsel, __John Albert__. Also present were:

__Troy Dennis__ (Probation Officer)

_____ (Case Agent)

On __1/11/11__, Defendant [✓] plead guilty to [ ] was convicted of the following offense(s):

__Possession of Child pornography__
__18 USC 2252 A (a) (5)(B) and (A)(2)__

The offense(s) carry the following statutory penalties:

__Up to Ten years__

Prior to the hearing, the Court reviewed the following document(s):

PSR dated 3/28/11; D's Sentencing Memo (doc 23); J's Memo 4/6/11

The parties voiced the following objections to the factual content of the PSR:

Government to paragraph(s): None

Defendant to paragraph(s): None

Having considered these objection(s), the Court rules as follows:

PSR Adopted

The PSR calculated a USSG score of 30 - I. The parties voiced the following objection(s) to this score:

Government: None

Defendant: None

Considering the above, the Court rules as follows:

USSG Score 30 - I


Departures:

By Government: _None_

By Defendant: _None_

The applicable advisory guideline score is __30 - I__.

A USSG score of __30 - I__ suggests the following punishment:

Incarceration: __97__ to __120__ months;

Fine of $ __15 K__ to $ __150 K__;

Supervised release of __5 yrs__ to __Life__ ~~years~~;

Restitution of $ __N/A__

Special Assessment of $ __100__.

Pursuant to *Booker*, *Kimbrough*, *Gall*, and *Spears*, this score provides a benchmark from which the Court must consider the factors set forth in 18 U.S.C. Sec. 3553(a).

The Court has considered the following policy-related factors in connection with the guideline score in this case:

_For the reasons stated in the attached opinion (A) and based on the attached statistics (B) the court substantially discounts the wt. to be given this guideline score_

Policy related adjustments to the guideline score: _40 % downward variance_

The Court considered the following additional evidence introduced by the parties:

(1) The Government: _Argument of counsel._

(2) The Defendant: _Testimony of: Rebecca Hopkins, Ritchie Cook, Pastor Riblet, Jodie Williams (wife); Dx-1, Dx-2_

In light of the above and pursuant to 18 U.S.C. Sec. 3553 (a), I have considered the following:

(1) The seriousness of the offense: _Mere possession, No Active misconduct; Relatively Low re culpability._

(2) The history and characteristics of the Defendant: _No prior crim. conduct; Long-Term Steady employment; health problems; family support; Good faithful husband_

(3) The need to impose a sentence sufficient but not greater than necessary to:

    (a) Reflect the seriousness of the offense: _relatively low_

    (b) Promote respect for the law: _✓_

    (c) Provide just punishment: _✓_

-4-

|     |     |                                                                              |            |
| --- | --- | ---------------------------------------------------------------------------- | ---------- |
|     | (d) | Afford adequate deterrence:                                                  | ✓          |
|     | (e) | Protect the public from further crimes of the Defendant:                     | Low risk   |
|     | (f) | Provide Defendant with needed and effective education, training and treatment: | NA        |
| (4) |     | In addition, I have considered the following statutory factors:              |            |
|     | (a) | the kinds of sentences available                                             | NA         |
|     | (b) | the Guideline sentencing range and pertinent USSC policy statements          | ✓          |
|     | (c) | the need to avoid unwarranted sentencing disparities                         | ✓          |
|     | (d) | the need to provide restitution                                              | N/A        |

Considering each of these factors as appropriate and applicable, the Court finds that the following sentence is appropriate:

Incarceration       60 mos
Supervised Release  10 yrs
Fine                —0—
~~Restitution~~     $100 Assessment

This sentence [ ] is within the applicable guideline [✗] is above/below the guideline and represents a __40__ % variance below/above the bottom/top of the guideline score.

Findings relevant to the sentence imposed:

Probation recommends 60 month variant sentence
Care-giver to disabled wife & son
Truly remorseful; accepts responsibility
Little threat to re-offend
60 mos = adequate deterrence + promotes respect for the law

DONE and ORDERED in Chambers in Orlando, Florida on 4/7, 2010.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant

*[Signature: Greg Presnell]*